IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JACQUALINE JARJU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ST. JOHN'S HOSPITAL OF THE SISTER )<br>THIRD ORDER, )<br>)<br>Defendant. )<br>)<br>) | Case No. 23-cv-03038 |

OPINION

**COLLEEN R. LAWLESS, United States District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Karen L. McNaught. (Doc. 27). Magistrate McNaught recommends this Court sanction Plaintiff and order her to pay Defendant $500 for repeated noncompliance with her obligations under the Federal Rules of Civil Procedure, noncompliance with orders of the Court, and Plaintiff's delay of these proceedings.

Objections to the Report and Recommendation were due on or before March 15, 2024. No timely objections have been filed.

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). If no objection or only partial objection is made, the district judge reviews those unobjected portions for clear error. *Johnson v. Zema Sys. Corp.*, 170

F.3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

After reviewing the record, the Report and Recommendation, and Defendants' motions and memoranda, as well as the applicable law, the Court finds no clear error in Magistrate Judge McNaught's Report and Recommendation (Doc. 27). However, the Court modifies the dollar amount of sanctions to $100.

Additionally, the Court cautions Plaintiff that failing to comply with Court orders could result in dismissal of her case under Fed. R. Civ. P. 41(b). Magistrate Judge McNaught has repeatedly admonished Plaintiff as to discovery deadlines and filing requirements. Plaintiff is hereby admonished that any further noncompliance with Court orders and discovery obligations may result in dismissal of this action with prejudice and/or further monetary sanctions.

It is, therefore, ORDERED:

1. Defendants' Second Motion for Sanctions (Doc. 19) is GRANTED in part and DENIED in part. It is denied insofar as it seeks dismissal of Plaintiff's Complaint and granted insofar as it seeks other relief that the Court deems just and proper.

2. The Report and Recommendation of Magistrate Judge McNaught (Doc. 27) is ACCEPTED in part, ADOPTED in part, and REJECTED in part. The Report and Recommendation is modified only in the amount owed. Plaintiff is

ordered to pay the sum of $100 to be delivered to Defendant's counsel within 30 days of this Order.

ENTER: April 24, 2024

COLLEEN R. LAWLESS
UNITED STATES DISTRICT JUDGE